IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Roberts, Patricia J

Printed: 10/22/08

Case Number: 07 B 11643
Judge: Wedoff, Eugene R
Filed: 6/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: September 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,270.00 |  |
| Secured: |  | 85.74 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,058.50 |
| Trustee Fee: |  | 125.76 |
| Other Funds: |  | 0.00 |
| Totals: | 2,270.00 | 2,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,500.00 | 2,058.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 572.87 | 85.74 |
| 4. | Countrywide Home Loans Inc. | Secured | 11,408.80 | 0.00 |
| 5. | Aspire Visa | Unsecured | 110.77 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 15.64 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 114.98 | 0.00 |
| 8. | City Of Chicago | Unsecured | 69.17 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 46.32 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 150.59 | 0.00 |
| 11. | University of Chicago | Unsecured |  | No Claim Filed |
| 12. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 13. | Bank One | Unsecured |  | No Claim Filed |
| 14. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 15. | Advocate Health Care | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,989.14 | $ 2,144.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
| 6.5% | 17.76 |
|  | $ 125.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Roberts, Patricia J

Printed: 10/22/08

Case Number:  07 B 11643
Judge:  Wedoff, Eugene R
Filed:  6/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

